*David S. Maclay,* with whom was *Peter Wilkinson,* for the appellee (defendant United Aircraft Corporation).

*Louis Weinstein,* assistant attorney general, with whom was *Samuel Kanell,* assistant attorney general, for the Public Utilities Commission.

Argued December 5—decided December 5, 1962

NATHAN E. COOPER *v.* WILLIAM L. MALAVESE ET AL.

The petition by the plaintiff for certification for appeal from the Appellate Division of the Circuit Court is denied.

*John J. Kinney, Jr.,* in support of the petition.

*Edward S. Downes, Jr.,* in opposition.

Submitted December 4—decided December 18, 1962

CHARLES W. PETERSON *v.* CITY OF NORWALK ET AL. (No. 5269)

The motion by the trustees of the New York, New Haven and Hartford Railroad Company for permission to file an appearance is granted.

*Thomas J. O'Sullivan,* for the appellee (defendant New York, New Haven and Hartford Railroad Company).

Submitted December 14—decided December 18, 1962

CHARLES W. PETERSON ET AL. *v.* CITY OF NORWALK ET AL. (No. 5270)

The motion by the trustees of the New York, New Haven and Hartford Railroad Company for permission to file an appearance is granted.

*Thomas J. O'Sullivan,* for the appellee (defendant New York, New Haven and Hartford Railroad Company).

Submitted December 14—decided December 18, 1962

ELM BUICK COMPANY, INC. *v.* GEORGE MOORE

The petition by David M. Shea and Raymond J. Devlin, Jr., for leave to file a brief and to argue before this court as amici curiae is granted, provided the brief is filed within thirty days after the printed record is mailed to counsel of record.

Submitted December 28, 1962—decided January 2, 1963

STATE OF CONNECTICUT *v.* NORMAN E. COUTURE

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is granted.

*Herbert Watstein,* in support of the petition.

Submitted November 12, 1962—decided January 15, 1963

BAUMERT-MORAN SALES COMPANY, INC. *v.* RED BIRD
TRUCK RENTAL CORPORATION

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is denied.

*Lewis J. Somers,* in support of the petition.

Submitted January 7—decided January 29, 1963